UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOSEPH R. CUMMINGS,**

    **Plaintiff,**

v.                      CASE NO. 3:23-cv-1362-HES-SJH

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

    **Defendant.**
_____/

## O R D E R

This matter is before this Court on a "Mediation Report" (Dkt. 20) that explains this case has settled.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this _20_ day of August 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew Stephen Messina, Esq.
Mariela Elisa Cano, Esq.
Kathryn A. Keller, Esq.
Steven Andrew Hollis, Esq.