UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH R. CUMMINGS,

    Plaintiff,

v.                                CASE NO. 3:23-cv-1362-HES-SJH

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before this Court on a "Joint Stipulation for Dismissal with Prejudice" (Dkt. 24).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation for Dismissal with Prejudice" (Dkt. 24) is **GRANTED**, and this action is dismissed with prejudice, and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___31st___ day of ___January___ 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew Stephen Messina, Esq.
Mariela Elisa Cano, Esq.
Kathryn A. Keller, Esq.
Steven Andrew Hollis, Esq.